DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH ARUANNO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2990

[January 30, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case No. 501994CF004033AXXXMB.

Joseph Aruanno, Avenel, NJ, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***